**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-2405**

In re: PETER L. CHU; YING L. CHU,

        Petitioners.

On Petition for Writ of Mandamus.
(8:10-cv-01422-RWT)

Submitted:  February 23, 2012     Decided:  February 27, 2012

Before MOTZ, DAVIS, and DIAZ, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Peter L. Chu and Ying L. Chu, Petitioners Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Peter L. Chu and Ying L. Chu petition for a writ of mandamus, alleging the district court has unduly delayed acting on their motion to lift the stay of their civil action. They seek an order from this court directing the district court to act. We conclude there has been no undue delay in the district court. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED